Case: 1:26-mj-000170
Assigned To: Judge Harvey, G. Michael
Assign. Date: 9/30/2026
Description: COMPLAINT W/ARREST WARRANT

**Statement of Facts**

On September 27, 2026, Metropolitan Police Department ("MPD") Officers Garcia, Mekhael, and Zelesnick (together, "MPD Officers") were working a modified tour and were operating in full police uniform in a marked police vehicle alongside various federal law enforcement agents as members of a federal task force. At approximately 7:15 p.m., the MPD Officers were patrolling on the 2100 block of Alabama Avenue SE, Washington, District of Columbia, 20020, when they saw a heavily tinted, silver Ford Fusion with Maryland license plates. The Ford Fusion turned right onto the 3200 block of 23rd Street SE. The MPD Officers followed the silver Ford Fusion and activated their emergency lights to conduct a traffic stop in front of 3225 23rd Street SE. Immediately after the silver Ford Fusion stopped, a black male wearing a black jacket, black pants, and black shoes, later identified through fingerprints as Travis Andre Savoy ("Defendant"), exited the vehicle from the rear passenger side of the Ford Fusion and ran.

Officers Garcia and Mekhael exited their police vehicle and pursued the Defendant on foot. During the foot pursuit, Officers Garcia and Mekhael verbally commanded the Defendant to stop multiple times. Officer Zelesnick pursued the Defendant in a police vehicle. The Defendant ran through the Woodberry Village Apartments to the 2200 block of Savannah Terrace SE.

Officer Zelesnick approached the 2200 block of Savannah Terrace SE in his police vehicle and saw the Defendant running with a black firearm in his hand. Officer Zelesnick exited the police vehicle and saw the Defendant throw the firearm over a nearby fence. As the Defendant threw the firearm, it hit the fence and made a metallic sound. Officer Zelesnick heard the metallic sound and saw the firearm land in a grassy area beyond the fence. The MPD Officers then detained the Defendant with assistance from federal law enforcement agents. Afterward, Officer Zelesnick climbed over the fence and located the firearm in the grassy area beyond the fence. Officer Zelesnick safely recovered the firearm. The MPD Officers placed the Defendant under arrest.

The firearm was a black handgun designed to expel a projectile by the action of an explosion. A crime scene officer responded to the MPD's Seventh District Station to process the firearm, which was a Glock 17 Gen 6 9mm handgun, serial number CHD Z478, with a seventeen (17) round-capacity magazine loaded with fifteen (15) rounds and one (1) round in the chamber. A database query showed that the Defendant was not licensed to carry a firearm in the District of Columbia. Another database query showed that the firearm was stolen on April 24, 2026, from Roanoke Rapids, North Carolina.




*Figure 1: The fence and grassy area near where MPD Officers detained the Defendant.*




*Figure 2: MPD Officers locating the firearm in the grassy area beyond the fence near where the Defendant was detained.*




*Figure 3: MPD Officers recovering the firearm.*

A criminal history review of the Defendant's criminal record indicates that the Defendant was previously convicted in Prince George's County, Maryland, of one (1) count of Carjacking, for which he was sentenced to fifteen (15) years incarceration with eleven (11) years suspended, and one (1) count of First-Degree Assault, for which he was sentenced to twenty (20) years incarceration with sixteen (16) years suspended, in case number CT150431B. The Defendant was also convicted in Prince George's County, Maryland, of one (1) count of Possession of a Firearm with a Felony Conviction, for which he was sentenced to five (5) years incarceration with two (2) years suspended, in case number C-16-CR-23-001946.

There are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce before being found in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Travis Andre Savoy with a violation of 18 U.S.C. § 922(g)(1) (Unlawful Possession of Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

#2074

______________________________
Officer Evan Zelesnick
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on September 30, 2026.

___________________________________
Honorable G. Michael Harvey
United States Magistrate Judge